THE HONORABLE KYMBERLY EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEMARY LAROCK, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES LLC,<br><br>　　　　Defendant. | Civil Action No. 3:24-cv-05745<br><br>**STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS AND TO AMEND BRIEFING SCHEDULE**<br><br>NOTING DATE: November 25, 2024 |

　　　　WHEREAS, plaintiff Memary LaRock filed Case No. 3:24-cv-05745 against Zoominfo Technologies LLC on September 5, 2024;

　　　　WHEREAS, defendant was served on September 11, 2024;

　　　　WHEREAS, the parties submitted a Stipulated Motion to Extend Deadline to Respond to Complaint and Set Briefing Schedule which included a deadline for defendant's responsive pleading of November 1, 2024; a deadline for plaintiff's response of December 2, 2024; and a deadline for defendant's reply of December 16, 2024

　　　　WHEREAS, the Court (Christel, M.J.) entered an Order approving the briefing schedule outlined above on October 1, 2024 (Dkt. 12);

　　　　WHEREAS, Defendant filed a motion to dismiss and a motion to strike class allegations on

---

| | |
|---|---|
| STIPULATED MOTION TO AMEND<br>BRIEFING SCHEDULE<br>CASE NO. 3:24-CV-05745-KKE | HEDIN LLP<br>1395 BRICKELL AVE.,<br>SUITE 1140<br>MIAMI, FLORIDA 33131<br>PHONE: (305) 357-2107 |

November 1, 2024;

WHEREAS, counsel for plaintiff has numerous other and unexpectedly pending litigation matters requiring their attention before the present opposition response deadline;

WHEREAS, counsel for plaintiff attests that the purpose of this requested extension is not purely for delay or to gain any unfair advantage;

WHEREAS, the parties agree and stipulate to reset the plaintiff's deadline to oppose the motion to dismiss and motion to strike to December 16, 2024 and to reset the deadline for Defendant's reply to January 6, 2025.

THEREFORE,

IT IS SO STIPULATED.

/s/ Nick Major
Nick Major
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206)410-5688
E-mail: nick@nickmajorlaw.com
NICK MAJOR LAW

Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305)357-2107
E-mail: fhedin@hedinllp.com
HEDIN LLP

Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202)900-3331
E-mail: tsomes@hedinllp.com
HEDIN LLP
*Attorneys for Plaintiff*

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

*Attorneys for Defendant ZoomInfo Technologies LLCs*

STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

IT IS SO ORDERED.

Dated: November 25, 2024

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107