The Honorable Kymberly Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEMARY LAROCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ZOOMINFO TECHNOLOGIES, LLC,<br><br>Defendant. | Case No. 3:24-cv-05745-KKE<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS** |

Before the Court is ZoomInfo Technologies LLC's ("Defendant") Motion to Dismiss and Motion to Strike Class Action Allegations (the "Motions"). After considering the positions of the parties, the allegations in the Complaint, and the legal standards governing this matter, the Motions are DENIED.

Dated this _____ day of _____, 2025.

_____
KYMBERLY EVANSON
UNITED STATES DISTRICT JUDGE

[Proposed] Order Denying Defendant's Motion to Dismiss and Motion to Strike
Case No. 3:24-cv-05745-KKE

HEDIN LLP
1395 Brickell Ave.,
Suite 1140
Miami, Florida 33131
Phone: (305) 357-2107

Respectfully submitted,

By: */s/ Nick Major*

**NICK MAJOR LAW**
NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**
Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
Email: fhedin@hedinllp.com

**HEDIN LLP**
Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-108
Washington, DC 20005
Telephone: (202) 900-3331
Email: tsomes@hedinllp.com

*Counsel for Plaintiffs and the Putative Classes*

1

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107