THE HONORABLE KYMBERLY EVANSON

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

11 | MEMARY LAROCK, on behalf of herself and all others similarly situated,

Civil Action No. 3:24-cv-05745-KKE

12 |          Plaintiff,

**STIPULATED MOTION AND ORDER TO COMBINE WORD COUNT FOR ZOOMINFO'S CONSOLIDATED REPLY**

13 | vs.

14 | ZOOMINFO TECHNOLOGIES LLC,

15 |          Defendant.

16

17          WHEREAS, on November 1, 2024, ZoomInfo filed a Motion to Dismiss (ECF No. 20)

18 and a separate Motion to Strike Class Allegations (ECF No. 19);

19          WHEREAS, on December 16, 2024, plaintiff filed a consolidated opposition responding

20 to both motions (ECF No. 24);

21          WHEREAS, for purposes of efficiency and consistency, ZoomInfo intends to file a

22 consolidated reply in support of its Motion to Dismiss and Motion to Strike Class Allegations;

23          WHEREAS, the word limit for the reply in support of the Motion to Dismiss is 4,200

24 words (L.R. 7(e)(3)) and the word limit for the reply in support of the Motion to Strike is 2,100

25 words (L.R. 7(e)(4));

26          WHEREAS, the parties have conferred and agreed that these word limits should be

27

STIP. MOT. RE CONSOLIDATED REPLY
Case No. 3:24-cv-05745-KKE                                    -1-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

1  combined for ZoomInfo's consolidated reply, such that ZoomInfo shall have a word limit of

2  6,300 words for its consolidated response in support of both the Motion to Dismiss and the

3  Motion to Strike Class Allegations;

4        THEREFORE, the parties stipulate that ZoomInfo shall have a word limit of 6,300 words

5  for its consolidated response in support of both the Motion to Dismiss and the Motion to Strike

6  Class Allegations.

7        IT IS SO STIPULATED.

8

/s/ Nick Major                               /s/ Alicia Cobb
Nick Major                                   Alicia Cobb, WSBA #48685
450 Alaskan Way S. #200                      QUINN EMANUEL URQUHART &
Seattle, WA 98104                            SULLIVAN, LLP
Telephone: (206)410-5688                     1109 First Avenue, Suite 210
E-mail: nick@nickmajorlaw.com                Seattle, Washington 98101
NICK MAJOR LAW                               Phone (206) 905-7000
                                             Fax (206) 905-7100
Frank S. Hedin (*pro hac vice*)              aliciacobb@quinnemanuel.com
1395 Brickell Ave, Suite 610
Miami, Florida 33131                         Shon Morgan (*pro hac vice*)
Telephone: (305)357-2107                     John W. Baumann (*pro hac vice*)
E-mail: fhedin@hedinllp.com                  865 South Figueroa Street, 10th Floor
HEDIN LLP                                    Los Angeles, California 90017
                                             Phone (213) 443-3000
Tyler K. Somes (*pro hac vice*)              Fax (213) 443-3100
1100 15th Street NW, Ste 04-108              shonmorgan@quinnemanuel.com
Washington, D.C. 20005                       jackbaumann@quinnemanuel.com
Telephone: (202)900-3331
E-mail: tsomes@hedinllp.com                  *Attorneys for Defendant ZoomInfo*
HEDIN LLP                                    *Technologies LLC*

*Attorneys for Plaintiff*

1    IT IS SO ORDERED.

2    Dated this 6th of January, 2025.

3

4

5    _Kymberly K. Evanson_

6    Kymberly K. Evanson
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3