THE HONORABLE KYMBERLY EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEMARY LAROCK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOMINFO TECHNOLOGIES LLC,<br><br>    Defendant. | Civil Action No. 3:24-cv-05745<br><br>**STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO CERTIFY AN INTERLOCUTORY APPEAL AND TO AMEND BRIEFING SCHEDULE**<br><br>NOTING DATE: May 27, 2025 |

WHEREAS, Plaintiff Memary LaRock filed Case No. 3:24-cv-05745 against Zoominfo Technologies LLC on September 5, 2024 (ECF No. 1);

WHEREAS, Defendant was served on September 11, 2024 (*see* ECF No. 6);

WHEREAS, Defendant filed a motion to dismiss and a motion to strike class allegations on November 1, 2024 (ECF Nos. 19 & 20);

WHEREAS, the Court denied Defendant's motion to dismiss and motion to strike class allegations in an Order dated May 8, 2025 (ECF No. 32);

WHEREAS, Defendant moved for certification of an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and for a partial stay of discovery pending appeal on May 22, 2025 (ECF No. 33) (the "Motion");

STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

WHEREAS, counsel for Plaintiff has numerous other and unexpectedly pending litigation matters requiring their attention before the present opposition response deadline;

WHEREAS, counsel for Defendant has numerous other and unexpectedly pending litigation matters requiring their attention before the present reply deadline;

WHEREAS, counsel for Plaintiff attests that the purpose of this requested extension is not purely for delay or to gain any unfair advantage;

WHEREAS, counsel for Defendant attests that the purpose of this requested extension is not purely for delay or to gain any unfair advantage;

WHEREAS, the parties agree and stipulate to reset Plaintiff's deadline to respond to the Motin to July 7, 2025 and to reset the deadline for Defendant's reply to July 21, 2025.

THEREFORE,

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Nick Major | /s/ Alicia Cobb |
| Nick Major | Alicia Cobb, WSBA #48685 |
| 450 Alaskan Way S. #200 | QUINN EMANUEL URQUHART & |
| Seattle, WA 98104 | SULLIVAN, LLP |
| Telephone: (206)410-5688 | 1109 First Avenue, Suite 210 |
| E-mail: nick@nickmajorlaw.com | Seattle, Washington 98101 |
| NICK MAJOR LAW | Phone (206) 905-7000 |
| | Fax (206) 905-7100 |
| Frank S. Hedin (*pro hac vice*) | aliciacobb@quinnemanuel.com |
| 1395 Brickell Ave, Suite 610 | |
| Miami, Florida 33131 | *Attorneys for Defendant ZoomInfo* |
| Telephone: (305)357-2107 | *Technologies LLC* |
| E-mail: fhedin@hedinllp.com | |
| HEDIN LLP | |
| | |
| Tyler K. Somes (*pro hac vice*) | |
| 1100 15th Street NW, Ste 04-108 | |
| Washington, D.C. 20005 | |
| Telephone: (202)900-3331 | |
| E-mail: tsomes@hedinllp.com | |
| HEDIN LLP | |

*Attorneys for Plaintiff and Putative Class*

STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

1
2  IT IS SO ORDERED.
3  Dated: May 28, 2025
4
5
6                               Kymberly K. Evanson
                                United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION TO AMEND
BRIEFING SCHEDULE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

## CERTIFICATE OF SERVICE

I, Tyler Somes, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 27th day of May, 2025.

                                        */s/ Tyler K. Somes*
                                        Tyler K. Somes (*pro hac vice*)
                                        HEDIN LLP
                                        1100 15th Street NW, Ste 04-108
                                        Washington, D.C. 20005
                                        Telephone: (202)900-3331
                                        E-mail: tsomes@hedinllp.com
                                        *Attorney for Plaintiff*

STIPULATED MOTION TO AMEND BRIEFING SCHEDULE
CASE NO. 3:24-CV-05745-KKE

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107