UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEMARY LAROCK,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZOOMINFO TECHNOLOGIES LLC,<br>　　　　　Defendant. | CASE NO. C24-5745-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND CLASS ACTION SCHEDULE |

This matter comes before the Court on the parties' stipulated motion to amend the class action case schedule. Dkt. No. 37. The Court finds good cause to amend the class action schedule and GRANTS the stipulated motion. *Id.* The Court amends the case schedule as follows:

| Description of Event | New Deadline |
|---|---|
| Deadline for filing amended pleadings | July 3, 2025 |
| Close of fact discovery | June 2, 2026 |
| Deadline to disclose merits and class certification experts | July 2, 2026 |
| Deadline to disclose merits and class certification rebuttal experts | August 3, 2026 |
| Close of expert discovery | August 24, 2026 |
| Deadline to file motion for class certification | September 25, 2026 |
| Deadline to file brief in opposition to class certification | October 26, 2026 |
| Deadline to file reply in support of class certification | November 16, 2026 |

Dated this 4th day of June, 2025.

Kymberly K. Evanson
United States District Judge