UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEMARY LAROCK,<br><br>                Plaintiff(s),<br>   v.<br><br>ZOOMINFO TECHNOLOGIES LLC,<br><br>                Defendant(s). | CASE NO. C24-5745-KKE<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 49. The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." Local Rules W.D. Wash. LCR 26(c)(2). The parties' motion (Dkt. No. 49) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

The parties are also reminded to "submit an editable version of the proposed order, in a format compatible with Microsoft Word, to" evansonorders@wawd.uscourts.gov. LCR 7(b)(1).

Dated this 22nd day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED PROTECTIVE ORDER - 1