UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MEMARY LAROCK, | CASE NO. C24-5745-KKE |
| Plaintiff(s), | ORDER GRANTING SECOND STIPULATED MOTION TO AMEND CASE SCHEDULE |
| v. | |
| ZOOMINFO TECHNOLOGIES LLC, | |
| Defendant(s). | |

This matter comes before the Court on the parties' stipulated motion to amend the class action case schedule. Dkt. No. 61. The Court finds good cause to amend the class action schedule and GRANTS the stipulated motion. *Id.* The Court amends the case schedule as follows:

| **Description of Event** | **New Date** |
|---|---|
| Close of fact discovery | December 15, 2026 |
| Deadline to disclose merits and class certification experts | January 29, 2027 |
| Deadline to disclose merits and class certification rebuttal experts | February 26, 2027 |
| Close of expert discovery | March 26, 2027 |
| Deadline to file motion for class certification | April 30, 2027 |
| Deadline to file brief in opposition to class certification | May 28, 2027 |
| Deadline to file reply in support of class certification | June 11, 2027 |

ORDER GRANTING SECOND STIPULATED MOTION TO AMEND CASE SCHEDULE - 1

All other dates are specified in the Local Civil Rules.  The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties.  The Court will alter these dates only upon good cause shown.  Failure to complete discovery within the time allowed is not recognized as good cause.  If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

Dated this 11th day of December, 2025.

_____
Kymberly K. Evanson
United States District Judge