UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEMARY LAROCK,

Plaintiff(s),

v.

ZOOMINFO TECHNOLOGIES LLC,

Defendant(s).

CASE NO. C24-5745-KKE

ORDER ON JOINT MOTION TO AMEND CLASS ACTION CASE SCHEDULE AND STAY CASE PENDING MEDIATION

This matter comes before the Court on the parties' joint motion to amend the class action case schedule and stay the case pending mediation. Dkt. No. 65. The Court finds good cause to amend the class action schedule and GRANTS the stipulated motion. The Court VACATES the prior schedule (Dkt. No. 62) and ORDERS that this case shall conform to the following schedule:

| **Description of Event** | **New Date** |
|---|---|
| Close of Fact Discovery | February 15, 2027 |
| Deadline to disclose merits and class certification experts | March 29, 2027 |
| Deadline to disclose merits and class certification rebuttal experts | April 26, 2027 |
| Close of Expert Discovery | May 26, 2027 |
| Deadline to file motion for class certification | June 30, 2027 |
| Deadline to file brief in opposition to class certification | July 28, 2027 |
| Deadline to file reply in support of class certification | August 11, 2027 |

All other dates are specified in the Local Civil Rules. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be

performed on the next business day.

It is further ordered that this matter is STAYED until October 27, 2026. The Parties shall file a joint status report with the Court no later than October 27, 2026, to apprise the Court of the outcome of the mediation.

Dated this 19th day of August, 2026.

Kymberly K. Evanson
United States District Judge