UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEMARY LAROCK,<br><br>Plaintiff(s),<br>v.<br><br>ZOOMINFO TECHNOLOGIES LLC,<br><br>Defendant(s). | CASE NO. C24-5745-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY PERIOD |

This matter comes before the Court on the parties' stipulated motion to extend the discovery period. Upon consideration of the parties' motion and for good cause shown, it is hereby ORDERED that the stipulated motion is GRANTED. Dkt. No. 69. The Court extends the parties' deadline for close of fact discovery from February 15, 2027, to March 8, 2027. All other deadlines at Dkt. No. 66 remain in effect.

Dated this 18th day of November, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge